IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EMMA BABBETTE SYKES**                                                                                   **PLAINTIFF**

**VS.**                                              **4:06CV00352-WRW**

**UNIVERSITY OF ARKANSAS**
**FOR MEDICAL SCIENCES**                                                                  **DEFENDANT**

### ORDER

Pending is Plaintiff Emma Sykes's Motion to Dismiss with prejudice all claims other than the race discrimination claim.[1] Plaintiff's Motion is GRANTED and all discrimination claims are DISMISSED WITH PREJUDICE, save the race claim.

IT IS SO ORDERED this 5th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 8.